FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 20-0547

BAYLOR SCOTT & WHITE
HEALTH, BAYLOR MEDICAL
CENTER AT GRAPEVINE,
RONALD JENSEN, D.O., TRENT
PETTIJOHN, M.D., AND TEXAS
HEART HOSPITAL OF THE
SOUTHWEST L.L.P. D/B/A THE
HEART HOSPITAL BAYLOR
PLANO
v.
PATRICK ROUGHNEEN, M.D.,
CHERIE ROUGHNEEN AND
PATRICK T. ROUGHNEEN, M.D.,
P.A.

§
§
§
§
§
§
§

Dallas County,

5th District.

November 13, 2020

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, BAYLOR SCOTT & WHITE HEALTH, BAYLOR MEDICAL CENTER AT GRAPEVINE, RONALD JENSEN, D.O., TRENT PETTIJOHN, M.D., AND TEXAS HEART HOSPITAL OF THE SOUTHWEST L.L.P. D/B/A THE HEART HOSPITAL BAYLOR PLANO, pay all costs incurred on this petition.

FILE COPY

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 22nd day of December, 2020.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk